THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT PETERSON, an individual, | CASE NO. C20-0668-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BERKLEY NORTH PACIFIC, dba CONTINENTAL WESTERN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and order of dismissal with prejudice (Dkt. No. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that this action shall be dismissed with prejudice and without attorneys' fees and costs to any party. (Dkt No. 13.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without an award of attorneys' fees or costs to any party. The Clerk is directed to CLOSE this case.

//

MINUTE ORDER
C20-0668-JCC
PAGE - 1

DATED this 26th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
